IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WESTLAKE PROPERTIES, INC. d/b/a Westlake Village Inn & Spa<br><br>Plaintiff<br><br>v.<br><br>UNITED STATES SMALL BUSINESS ADMINISTRATION and KELLY LOEFFLER in her official capacity as Administrator of the United States Small Business Administration<br><br>Defendants | Case No. 1:26-cv-03385-DLF |

**PLAINTIFF'S LOCAL CIVIL RULE 26.1 CERTIFICATE AND DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTERESTS**

I, the undersigned, counsel of record for Plaintiff, Westlake Properties, Inc. d/b/a Westlake Village Inn & Spa ("Plaintiff"), hereby certify that Plaintiff does not have any parent companies, subsidiaries, or affiliates which have any outstanding securities in the hands of the public. These representations are made in order that judges of this court may determine the need for recusal.

Respectfully submitted,

Dated: September 29, 2026

/s/ Matthew E. Feinberg
Matthew E. Feinberg (Bar No. 991638)
*mfeinberg@pilieromazza.com*
**PILIEROMAZZA PLLC**
1001 G St., N.W., Suite 1100
Washington, D.C. 20001
Tel: (202) 857-1000
Fax: (202) 857-0200

*Attorney for Plaintiffs, Westlake Properties, Inc. d/b/a Westlake Village Inn & Spa*

CERTIFICATE OF SERVICE

I, Matthew E. Feinberg, hereby certify that on this 29th day of September 2026, a true copy of the foregoing document was served on each party of record by delivering a copy of the same via the United States District Court's online case filing system, CM/ECF.

/s/ Matthew E. Feinberg
Matthew E. Feinberg (Bar No. 991638)